## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LEO RICK DURAN,**

    Plaintiff,

v.                                                        No. 18-cv-0734 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security Administration,**

    Defendant.

### ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) [Doc. 2], filed July 31, 2018. Plaintiff requests leave to proceed pursuant 28 U.S.C. § 1915. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                                        _____
                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**