# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LEO RICK DURAN,**

    **Plaintiff,**

    vs.                  No. CIV 18-734 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security**
**Administration,**

    **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 11), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted November 8, 2018*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved November 8, 2018*
FRANCESCA J. MACDOWELL
Attorneys for Plaintiff