# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LEO RICK DURAN,**

      **Plaintiff,**

    vs.                               CIV. NO. 1:18-cv-00734-SMV

**ANDREW SAUL,**
**Commissioner of Social**
**Security,**

      **Defendant.**

## ORDER GRANTING JOINT STIPULATION TO ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Upon consideration of the parties' Joint Stipulation to Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq.* (Doc. 22), the Court hereby awards Plaintiff $6,800.00 in attorney fees under the EAJA. It is further ordered that the EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney.

                                            BY THE COURT:

                                            _____
                                            STEPHAN M. VIDMAR
                                            United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 7/25/2019*
MELISSA C. SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 7/18/2019*
FRANCESCA J. MACDOWELL
Plaintiff's Attorney